IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

JORGE L. NIEBLA,
    Plaintiff,

vs.                                    CASE NO.:  5:08cv328/MCR/MD

SGT. HENDRIX,
    Defendant.
_____/

**O R D E R**

Upon consideration of the Report and Recommendation of the Magistrate Judge filed on January 23, 2009, pursuant to 28 U.S.C. § 636(b)(1)(B), and after reviewing objections to the Recommendation, if any, the Recommendation is adopted as the opinion of the Court.

Accordingly, it is now ORDERED as follows:

1.    The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2.    This case is DISMISSED WITHOUT PREJUDICE for plaintiff's failure to comply with an order of the court.

3.    The clerk is directed to close the file.

DONE AND ORDERED this 25th day of February, 2009.

            *s/ M. Casey Rodgers*
            M. CASEY RODGERS
            UNITED STATES DISTRICT JUDGE